Docusign Envelope ID: 301DCBDF-861B-44AF-A455-71A131ABBDE3

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

---

Northwestern Graduate Workers for Palestine
(GW4P) et al.,

                    Plaintiffs,                Case No. 1:25-cv-12614

     v.

Northwestern University,

                    Defendant.

---

<u>Declaration of Micol Bez</u>

    I, Micol Bez, hereby state the following facts, all of which are based on my personal experience and knowledge to the best of my memory, and to which I would testify if called upon:

1. I am pursuing a Ph.D. in Comparative Literary Studies and Philosophy at Northwestern University and am a representative of Grad Workers for Palestine. Attached as Exhibit A is a true and correct copy (with my address redacted) of a letter Northwestern sent me offering me employment as a Critical Theory Graduate Assistant for four academic quarters, ending in the winter quarter of 2026.

2. The funding that was replaced by the Critical theory Graduate Assistantship funds (which replaced my normal departmental funding from winter 2025 to winter 2026) will then be used to secure my tuition and stipend until the spring of 2027. This practice is normally referred to as "banked quarters." I also expect to be offered a teaching appointment in the summer of 2026, which I plan to accept.

3. I declined to complete the "Building a Community of Respect and Breaking Down Bias" training course ("the training course"), which includes an "Antisemitism Here/Now" video ("the JUF video") and requires attestation to the University discrimination and harassment policies, which incorporate the International Holocaust Remembrance Alliance Working definition of antisemitism ("the IHRA definition").[1]

4. I am worried about personal, academic and professional repercussions that may result from my participation in this case. However, I feel strongly that someone needs to challenge the deeply discriminatory, repressive and unscholarly training course that Northwestern University is imposing on us, which is why I am submitting this declaration. I do not wish to become complicit in the normalization of the dehumanization of Palestinians and Arabs on campus, nor can I in good conscience consent to a definition of antisemitism that harms rather than protects antizionist Jewish students.

5. As a result of my declining to complete the training course, the University placed a hold on my registration. I had not registered for the Fall quarter prior to the hold, so I am currently unregistered.

6. On September 8, 2025, the administration sent me an email message notifying me that a registration hold had been placed on my account. A true and correct copy of that email is

---

[1] Northwestern's discrimination policy prohibits "anti-Semitic" speech, which it defines to incorporate the IHRA definition. See Office of the Provost, Northwestern University, *Antisemitism*, available at https://www.northwestern.edu/provost/federal-updates/antisemitism.html ("Consistent with Executive Order 13899 and the January 29, 2025, Additional Measures to Combat Anti-Semitism Executive Order, Northwestern uses the definition of antisemitism endorsed by the International Holocaust Remembrance Alliance."); see also Northwestern University, *Progress Report On Northwestern University Efforts to Combat Antisemitism* (August 5, 2025), available at https://www.northwestern.edu/leadership-notes/statements/2025/progress-report-on-northwestern-university-efforts-to-combat-antisemitism.html

attached as Exhibit B. I will lose my student status if I do not complete the training course by October 20, 2025.

7. Apart from my refusal to complete the training course and the accompanying attestations, I am aware of no other reason that my student or employment status is in jeopardy.

8. I strongly object to Northwestern's implementation of the IHRA definition of antisemitism and to Northwestern's requirement that students agree to adhere to policies that incorporate it. My view is in part informed by the position of the lead drafter of the IHRA definition himself, who has written that his work has been weaponized and "was never intended to be a campus hate speech code."[2]

9. I also object to the related JUF video and the discriminatory asymmetry between the JUF video and the "Anti-Muslim, Anti-Arab and Anti-Palestinian Biases" video which is included in the same set of modules.

10. I find the JUF video and the requirement that we adhere to the IHRA definition of antisemitism objectionable for a number of reasons. First, when presented in the form of an official and mandatory training, the videos function not only to convey an opinion but to communicate the discrimination policies and norms of the university, by which we will be bound, in accordance with the Code of Conduct. Thus, the training imposes on me and other student workers political, historical and religious opinions with which I disagree, and historical information that is factually inaccurate, unscholarly and negationist, as it erases the suffering of the Palestinian people and their very presence in Palestine. Based on conversations with my fellow students and colleagues, it is my understanding that many of them likewise disagree

---

[2] Kenneth Stern, *I drafted the definition of antisemitism; Rightwing Jews are weaponising it.*" The Guardian, Dec 13, 2019, available at https://www.theguardian.com/commentisfree/2019/dec/13/antisemitism-executive-order-trump-chilling-effect.

with the video's opinions and historical account. Second, the training impedes my ability to engage in expressive activity in solidarity with Palestinians and advocate for justice in Palestine. Third, it prohibits speech which is not antisemitic and places it in the same category as genuinely antisemitic activity, demonizing legitimate political speech. Fourth, I find the JUF training offensive because it allows the initiation of disciplinary investigations against students who may hold antizionist views on the basis that their non-discriminatory statements regarding Israel are supposedly analogous to discriminatory statements, including racist statements of the KKK. This video also forces students, including Jewish students, Black students and other people who have historically been targeted by the KKK, to accept that if they hold antizionist views they are engaging in rhetoric as harmful as that of the KKK and may be subject to discipline.

11. The IHRA definition characterizes as antisemitic claims that "the existence of a State of Israel is a racist endeavor." These characterizations make it very difficult to have conversations about well-documented racism in Israel, including in the very structure of the state. The training course hampers my ability to  document and criticise the racism inherent in Israeli state structures and practices, both as an activist and a scholar.

12. On July 24, 2025, I signed onto an open letter to the Northwestern administration requesting reconsideration of the requirement that students complete the JUF training and expressing concerns about changes to the Code of Conduct. A true and correct copy of that letter is attached hereto as Exhibit C. The letter highlights the fact that the trainings "reinforce, rather than reduce, the proliferation of discriminatory bias in our communities" and threaten academic freedom. For example, it objects to the fact that the JUF training says Jews have a right of self-determination in Israel but makes no mention of such a right for non-Jewish Palestinians, effectively adopting the provision in the State of Israel's Basic Law that "The

Docusign Envelope ID: 301DCBDF-861B-44AF-A455-71A131ABBDE3

realization of the right to national self-determination in the State of Israel is exclusive to the Jewish People."[3] The letter also objects to the fact that the training portrays the critique of the conflation of Zionism and Judaism as antisemitic.

13. I have associated with Palestinian and other Arab students on campus and wish to continue supporting them in their struggle for recognition of their humanity and national liberation in their homeland.

14. The following are examples of ways in which I have been restricted in my ability to engage in activism and scholarly discussions in campus in solidarity with Palestinians experiencing genocide. I have been discouraged by the policy from:

    a. Distributing literature that critiques Zionism or that includes historical analyses of colonization in Palestine on campus;

    b. Organizing public presentations on campus that discuss a decolonial approach to achieving justice and peace in Palestine and in Israel;

    c. Holding teach-ins or tabling with antizionist messaging on campus;

    d. Fully participating at academic conferences at which issues related to Palestine are being discussed or would be relevant;

    e. Objecting "to the conflation of Zionism, a political identity, and Judaism, a religious identity, and to the way Israel has been utilizing it to perpetrate apartheid" as this objection is specifically cited as antisemitic in the JUF training.

    f. From doing research and publishing a paper on campus pro-Palestine activism, due to students' reticence to discuss their advocacy out of fear of incurring discipline.

---

[3] https://main.knesset.gov.il/EN/activity/documents/BasicLawsPDF/BasicLawNationState.pdf

Docusign Envelope ID: 301DCBDF-861B-44AF-A455-71A131ABBDE3

15. I have refrained from detailed discussions on campus about my trip to the occupied West Bank in December of 2024. I would not be able to meaningfully describe my first-hand knowledge of the ongoing ethnic cleansing there without criticizing Zionist ethnonationalism. I would have liked to discuss my trip publicly on campus.

16. I have in the past, and would like to continue in the future, to engage in advocacy on campus promoting justice and equality for Palestinians. However, such advocacy would be considered "antisemitic" under the JUF video and the IHRA definition. I would like to be able to engage in the following types of argument or advocacy on campus:

   a. Advocating for the self-determination and liberation of Palestinians in Palestine;

   b. Rejecting the idea that anybody has a right to self-determination in Palestine or modern-day Israel that supersedes the right of self-determination of its long-time inhabitants;

   c. Advocating for cutting ties between Israel and Northwestern;

   d. Critiquing political Zionism;

   e. Critiquing the JUF video's definition of antizionism or the use of the IHRA definition of antisemitism;

   f. Critiquing Israel's ethnonationalist and discriminatory policies;

   g. Opposing colonialism; and

   h. Opposing discriminatory and exclusionary state structures that privilege any religious or ethnic group over any other in Israel/Palestine or elsewhere.

17. I have on multiple occasions reached out to Northwestern's administration, via email correspondence and then in several meetings, to bring its attention to our moral concerns about the "Building a Community of Respect and Breaking Down Bias" training. As a concerned student and also as an elected official of NUGW-UE Local 1122, the Union of

graduate workers at Northwestern, I have engaged in good faith dialogue with the administration and proposed several options for collaborative resolution, including allowing students and graduate workers to submit requests for conscientious objection to the training. Without denying that the training contains objectionable material, the university administration has refused all reasonable avenues for resolution.

<u>VERIFICATION</u>

I, Micol Bez, the undersigned, verify that I have read the foregoing document, Declaration of Micol Bez, and solemnly affirm under the penalty of perjury that this declaration is true and correct to the best of my knowledge and belief.

Signed by:

*Micol Bez*

697656ADA76D40C...

Micol Bez

10/16/2025 | 12:22 AM PDT

Date

Docusign Envelope ID: 301DCBDF-861B-44AE-A45F-71A131ABBDE3

# Exhibit A



# Northwestern

Micol Bez <■■■■■■■■■■■■■■■■■■■■■■■

---

## Critical Theory GA position, 2025-26

---

**Philip R Hoskins** ■■■■■■■■■■■■■■■■■■■■■■        Wed, Apr 23, 2025 at 12:02 PM
To: Micol Maddalena Bez ■■■■■■■■■■■■■■■■■■■
Cc: Cristina Lafont ■■■■■■■■■■■■■■■■, Ann Kelchner ■■■■■■■■■■■■■■■■■■■■, Corey Byrnes
■■■■■■■■■■■■■■■■■■■■■■, Alessia Ricciardi ■■■■■■■■■■■■■

Dear Micol,


Thank you for meeting with Cristina and me last week to learn more about your experience and expertise as it relates to the Critical Theory GA responsibilities. We were very impressed with your application and interview and would like to **extend an offer to you as the Critical Theory Graduate Assistant** for four quarters: Spring 2025 (FY25), Summer 2025 (FY25), Fall 2025 (FY26), and Winter 2026 (FY26). The position begins as soon as possible, and ends on March 21, 2026 (end of Winter Q. 2026). Congratulations!


You will receive full funding (tuition and stipend) as a graduate assistant from The Graduate School. For Fiscal Year 2025, the GA stipend rate is $3,750/month. For FY 2025-26, the stipend rate will be $3,863/month. The expected hours range from 15-20 hours per week. With approval from your home school, you will be allowed a 1:1 quarter match (4 quarters) to be used in your 6th year.


Your offer is contingent upon your department's approval. I'm cc'ing Alessia and Corey, so they can please email me their official approval for you to accept the GAship **as soon as possible,** please. (We were late getting approval for the position, so are trying to set up the role ASAP.)


Thank you, Micol! I look forward to working with you--in fact, let's please set up a weekly day/time to meet, starting next week, if possible.


Please let me know if you have any questions or concerns.


Thank you again,
Phil

**Phil Hoskins**

Program Coordinator

Comparative Literary Studies Program

Critical Theory Program

Northwestern University

1880 Campus Drive, Kresge 5538

Evanston, IL 60208

Docusign Envelope ID: 301DCBDF-861B-44AE-A465-71A131ABBDE3

# Exhibit B

 **Micol Bez** 

---

## Required anti-bias training: notice of registration hold

---

**Northwestern University** <administration@northwestern.edu>                    Mon, Sep 8 at 1:23 PM
Reply-To: <consultant@northwestern.edu>
To: <███████████████████>

You are receiving this email because you have not yet completed the mandatory student training, **Building a Community of Respect and Breaking Down Bias**.

**A registration hold has been placed on your CAESAR account. You will not be able to add or swap classes until you complete the training. Please note holds are removed on Mondays and Thursdays. Today's releases already have taken place, so completing the training today means your hold will be released on Thursday.**

The full module includes anti-bias training and two attestations. Students must complete the training and acknowledge they have reviewed and agree to abide by both the Student Code of Conduct and the Policy on Discrimination, Harassment and Sexual Misconduct. There are no other attestations within the module.

Be sure to watch the videos all the way through so the option to advance to the next video appears. If you experience any technical difficulties, please review **this FAQ document**. If you have remaining questions, reply to this email or reach out to

the **IT Service Desk** by email, phone or walk-in office hours.

*Below is the original invitation to participate, sent Feb. 20.*

- - -

This morning, you received an email notification about mandatory training modules that must be completed by all Northwestern students on an annual basis.

The Building a Community of Respect and Breaking Down Bias training module introduces Northwestern's Guiding Principles, explores what drives racism and discrimination against Jews, Muslims, Palestinians, Israelis and Arabs, and provides information about University policies and reporting options that promote respect and understanding.

This training must be completed by April 7.

The module takes about one hour to complete, but you do not need to complete it in one sitting. As long asyou are accessing the module from your original device (phone, laptop, etc.), you can use the link to return and pick up where you last left off.

**Follow this link to complete the training**. Or, copy and paste the following URL into your browser: **northwestern.az1. qualtrics.com/jfe/form/SV_bjgFwbNmeyfAb54**

If you experience any technical difficulties, please review **this FAQ document**. If you have remaining questions, reply to this email, and we will respond as soon as possible.

Thank you for supporting a kind, welcoming and productive environment at Northwestern.

Docusign Envelope ID: 301DCBDF-861B-44AE-A465-71A131ABBDE3

www.northwestern.edu

Exhibit C

wHERE'S A LINK TO SIGN OUR LETTER - JOIN US IN OUR PRINCIPLED STANCE! :
https://docs.google.com/forms/d/1sr3AvbhMOnBRIzsZYWaiEHGnvRsd8pPVnJ3wEDfafOA/ed
it

Dear Administrators,

We are concerned students and graduate workers writing to you, the administration of
Northwestern University, regarding the training module titled "Building a Community of Respect
and Breaking Down Bias." Specifically, we write to you with serious concerns about the material
presented within the "Antisemitism Here/Now" video, the "Anti-Muslim, Anti-Arab and
Anti-Palestinian Biases" video, and the changes to the Student Code of Conduct. We also write
with urgency concerning the registration holds that were placed on community members'
Northwestern accounts, which result in wage freezes and place students and workers (especially
international members) at immediate legal and financial peril.

As a group of students and graduate workers who stand united against racist, anti-semitic,
anti-Arab, anti-Muslim, and Anti-Palestinian discrimination, we cannot abide by these trainings
which reinforce, rather than reduce, the proliferation of discriminatory bias in our communities.
Furthermore, the severe consequences imposed for disagreement with this morally and
intellectually objectionable content presents an extremely dangerous and unethical threat to the
academic freedom of our scholarly community that may itself give rise to illegal discrimination.
We, as well as a number of faculty members, have attempted on many occasions to bring our
good-faith concerns to your attention, yet regretfully, we have seen no changes to the policy.

Here are our objections:

There is an inherently discriminatory asymmetry between the "Antisemitism Here/Now" and the
"Anti-Muslim, Anti-Arab and Anti-Palestinian Biases" videos, which give unequal attention to
the histories of Israel and Palestine, and to the losses of life among Israelis and Palestinians. The
former grounds itself in narrative about the foundation of Israel as a Nation-State and the right of
self-determination of the Jewish people, while the "Anti-Muslim, Anti-Arab and Anti-Palestinian
Biases" video does not discuss the history of Palestinians in Palestine, nor does it address (or
posit as a given) the legitimacy of any claim to the right to self-determination of the Palestinian
people there. Additionally, the former video describes the loss of life and violence of October
7th, 2023, while the latter video does not mention the ongoing genocide in Gaza,[1] the large scale

---

[1] Please refer to the recent report of the UN special rapporteur on the Occupied Palestinian Territories,
from the 59th session of the Human Rights Council:
https://www.un.org/unispal/document/a-hrc-59-23-from-economy-of-occupation-to-economy-of-genocide
-report-special-rapporteur-francesca-albanese-palestine-2025/

starvation of the population or the ongoing destruction of all life-sustaining infrastructure;[2] nor does it mention the torture of Palestinian prisoners in Israeli detention, the military occupation of the West Bank, the establishment of illegal settlements, the repeated military invasion and destruction of refugee camps and the ongoing ethnic cleansing in the region; nor the Israeli attacks on Lebanon, Syria, Iran, and other neighboring countries.

Moreover, the "Antisemitism Here/Now" video provides inaccurate historical information that erases the pain, suffering, and existence of the Palestinian people. The video states that Israel was founded in 1948 "on British land" and omits any mention of the preexistence and consequent displacement of the indigenous Palestinian communities. The video normalizes language of illegal occupation by presenting a "contemporary" map of Israel that 1. Includes the Golan Heights, an illegally occupied part of Syria; 2. Employs the settler terms "Judea" and "Samaria" as geographical descriptors erasing Palestinian territory, as opposed to the terms "West Bank" or "Occupied Palestinian Territories," recognized by the UN and by the international community; 3. Fails to label "Palestine" anywhere on the map, *de facto* erasing its existence; and 4. Fails to portray the network of military check-points, apartheid walls and roads, settlements, and forced fragmentation that facilitate the Israeli government's ongoing campaign to annex the West Bank and displace the Palestinians living there. In the same breath, the video alludes to the imagery of "Greater Israel" by asserting that the "original Jewish homeland" included parts of Lebanon, Syria, Egypt and Jordan. This language and imagery simultaneously 1. Normalizes the language that is routinely mobilized to justify the illegal expansion in the West Bank and in the larger ongoing colonial and genocidal project that Israel is carrying out in the region and 2. Reproduces and disseminates misinformation that is systematically promulgated by the Israeli government to maintain the tacit compliance of global onlookers.

---

[2] See the UN Gaza strip interim damage assessment, which estimates that over a million people in Gaza are without homes and 75% of the population is displaced. And that more than half the population is on the brink of famine and the entire population is experiencing acute food insecurity and malnutrition: https://thedocs.worldbank.org/en/doc/14e309cd34e04e40b90eb19afa7b5d15-0280012024/original/Gaza-Interim-Damage-Assessment-032924-Final.pdf
And, regarding the ongoing efforts to dismantle civlian infrastructure, see this recent analysis by American-Israeli genocide scholar Omer Bartov:
https://www.theguardian.com/commentisfree/2025/jul/09/bulldzoer-gaza-genocide-idf-meta



**Image 1:** Map as shown in NU's training.

The "Antisemitism Here/Now" video is unscholarly in numerous ways: it does not cite sources, it makes broad generalizations unsupported by evidence, and it was not produced with the input of the Northwestern community (of our scholars and students), whilst claiming to speak on behalf of "the vast majority" of Jews (a dubious factual claim with no statistics cited). Instead, this video was made by an outside organization, the Jewish United Fund, whose partiality and alignment with Israeli State policy is unquestioned.

The video is itself harmful to the Jewish community, in that it homogenizes Jewish voices, vilifies and ostracizes anti-Zionist Jews (including many in our campus community) and requires students to adopt the position that there is no room for anti-zionism among Jews. These premises threaten to make the campus an even less welcoming space for Jewish students, who will not be able to express their own closely-held views on Israel or Palestine if they are contrary to Zionism as expressed in the training.

We are concerned that the video prevents Palestinian students from expressing their national identity, national aspirations and advocating for Palestinian self-determination, since the video prohibits any critique of a state structure which privileges Jews over non-Jews. We are also concerned that the cynical use of an anti-discrimination training to prohibit any dissent against the actions of a right-wing government will degrade the credibility and integrity of the very anti-discrimination protections the training claims to be promoting.

Moreover, although it claims that criticism of Israeli state policies is allowed, the video extends the definition of anti-semitism to instances where imagery and language is directed at the violence perpetrated by the State of Israel (for example, the Israeli National flag marked with bloody handprints – a common symbol of state violence). Thus, while political criticism is said to be permitted in theory, this appears not at all to be the case in practice.

Finally, this video vilifies and slanders the movement for the rights of the Palestinian people, including the Jewish voices who object to the policies of the State of Israel which privilege Jews over non-Jews, and to the ongoing apartheid, occupation and genocide in Gaza and in the West Bank.[3] We object to the way in which (1) the video vilifies and slanders legitimate critiques of Zionism (including its harmful conflation with Judaism and its selective support of the liberation of people of color) by grouping them indiscriminately with unattributed and deeply offensive quotes about Hitler and concentration camps as well as quotes by neo-Nazi David Duke, Grand Wizard of the Ku Klux Klan. (2) Without any scholarly basis the video characterizes the unattributed antisemitic quotes as representative of the larger Palestinian rights movement when, upon investigation, they appear to be derived from obscure decade-old social media posts made by high schoolers who clearly have no leadership role in the movement, nor do they represent in any way the claims and demands of the movement.



**Image 3:** As these quotes appear on the screen, the voice-over states: "I want you to consider these quotations. Four of them were said by anti-Israel activists and brushed off as reasonable political commentary. And four of them were said by David Duke, former Imperial Wizard of the Ku Klux Klan. Can you tell the difference? The statements in orange were said by anti-Israel activists. The statements in purple were said by David Duke. The fact that you can't tell the difference is terrifying. The thing is, to most Jewish people, they feel the same because they are

---

[3] See the UN report:
https://www.un.org/unispal/document/a-hrc-59-23-from-economy-of-occupation-to-economy-of-genocide-report-special-rapporteur-francesca-albanese-palestine-2025/
And the OHCHR report:
https://www.ohchr.org/en/press-releases/2025/05/end-unfolding-genocide-or-watch-it-end-life-gaza-un-experts-say-states-face

the same." This training blatantly equates anti-zionist statements with David Duke's and fails to provide evidence supporting the attribution of the quotes in orange to activists.

For these many reasons, we believe the training to be biased, unscholarly, discriminatory, and harmful to the Northwestern community overall. As a consequence, we cannot, in good conscience, take this training and accept that this content be imposed on our entire community, as well as on generations of students to come.

Finally, we are concerned by the changes to the Student Code of Conduct implemented in response to the student- and worker-led anti-genocide encampments in April 2024. These changes, described in the Display and Demonstration policies, prohibit protest activity between midnight and 6 am and effectively forbid the public posting of anonymous written critiques of Northwestern from unapproved student organizations on campus. These policies were enacted in order to silence critics of Israeli government policy, and they have been inequitably enforced against those critics. We are concerned about the ways in which these policies affect academic freedom and political expression on our campus, and we worry that they curtail students' civic freedoms and hinder the critical role of universities in public culture altogether.

Furthermore, we are concerned about being forced to affirmatively consent to regulations we believe to be morally and legally objectionable and aimed at suppressing student speech about Israel/Palestine. We wish that our institution did not extract our consent under duress, but instead invited us to an open conversation about how to protect the fundamental meaning and moral calling of the University, and the role of academia in society, more generally.

For all these reasons, we request:

1. That the administration commits not to prevent students from enrolling nor to expel students as punishment for their principled stance against this denialist, unscholarly, discriminatory and morally harmful training.

2. To meet with a representative of the administration to discuss and remove the offensive and harmful contents of the video titled "Antisemitism: Here and Now," and to discuss the other above-mentioned aspects of the "Building a Community of Respect and Breaking Down Bias" training.

3. That the administration commits in good faith to address our concerns about the changes to the Student Code of Conduct, and that they allow people who did not take the "Building a Community of Respect and Breaking Down Bias" training, and who did not sign the regulations, to register for the Fall quarter (so by the October 20 deadline).

4.  That Northwestern administrators commit to STOP IMMEDIATELY the dissemination of the mandatory training in its current form for all current and incoming students.

Signed,

**Current students and grad workers signatories & alumni, staff, faculty, parents, wider community signing in solidarity**

1.  Micol Bez, Philosophy and Comparative Literary Studies, DCS of NUGW UE Local 1122
2.  Evgeny Stolyarov, Biological Sciences
3.  Eden Melles, Political Science, Ph.D. candidate
4.  Marwa Tahboub, Ph.D. Candidate
5.  Kristian Rodriguez
6.  Laura Jaliff - Environmental Engineering PhD Candidate, Northwestern University
7.  Jessica Winegar
8.  Rebecca Zorach, Professor of Art History
9.  Corey Byrnes, Associate Professor, Comparative Literary Studies and Asian Languages and Cultures
10. Stephanie Knezz, WCAS
11. Casandra Moisanu
12. Holly Simon (Jewish undergrad student, JVP)
13. Daisy Hernandez, Associate Professor, English Department
14. Mal graduate researcher
15. Aviva Waldman
16. Grace Clifford
17. M. Martinez
18. Emerson Steady, SoC '26
19. Lucy Madsen
20. Srish Chatterjee
21. Olivia Bennett WCAS

22. Michael Peshkin, McCormick
23. Aiden Kocian
24. Nickolas Fisher
25. Julien Gray
26. Summer Pappachen
27. Peter Cummings Chief Steward, NUGW UE Local 1122
28. Reem Ibrahim, Ph.D. Candidate
29. Genevieve Nemeth
30. Katherine Wynn
31. Elia Silbey
32. PhD Student, Anthropology Department
33. Abhi Ramakrishnan, Driskill Graduate Program, Ph.D. candidate
34. Anusha Kumar, SESP '26
35. Julian Grey, Bienen MM 2016
36. Gabriel Silvano, ██████████████████ UIC Alum '23
37. Joshua Fleckner
38. Victoria C. Chávez, PhD Candidate CS+LS
39. Jade Basinski, NU alum
40. Ereny Tanious
41. Lauren Johnson
42. Alexis Papak
43. Abhi Nimmagadda, WCAS Alumnus
44. Michael Angland
45. Mahnoor Shafi
46. Weinberg co28 student
47. Richard Zhang, School of Communication
48. SabriAnan Micha
49. PhD Scholar, Anthropology at Northwestern University
50. Jessica Williams
51. Lauren Baker, PhD (NU alumna)
52. Anonymous Student, Class of '26
53. Logan Fiol
54. Yasmeen Khayr
55. Ayesha Mohammed, WCAS '26
56. Tara Chen
57. Gabriel Silvano, UIC Alum, ███████████████
58. Vy P
59. Thaer AlKiswani
60. Vivian Tompkins, Ph.D. candidate
61. Rohina Mustafa

62. Ziyad Sultan
63. Josh Honn, Librarian Faculty, University Libraries
64. Matt Rosenzweig
65. Khansa Noor
66. Sofia, Northwestern Class of 2027
67. anonymous signature
68. D.B., NU Staff
69. Sarah Lee, Learning Sciences
70. Aasima Tan
71. Aishwarya Venkatachalam
72. Chloe Chow (Alum)
73. MEAS Senior
74. Callum Goetz
75. Isabelle Butera, class of 2025
76. Salma Mostafa
77. Matthew C. Miller, Graduate worker
78. Josephine C.
79. Sivakami Ramakrishnan
80. Kai Chase
81. Elizabeth Shakman Hurd, WCAS Religious Studies and Politics
82. Aanika Sawhney, as a Journalist concerned about accuracy and precision of language
83. Hafsa Khaleel
84. Rosalyn Beach
85. Devin Kaveler, Ph.D. student
86. Mya Stuckey
87. Ishika Arora - alumnus
88. Wagme ravindran
89. Bryce Snider
90. Mintesinot Sturm
91. Isabel Papp
92. Random
93. Medill student
94. Emerson Murray, Political Science
95. Trois Ono
96. Annika pinch
97. Huda K
98. William Paik (PhD student in Rhetoric Media and Publics)
99. Nora
100.    PhD Grad Student, Performance Studies at Northwestern
101.    Anonymous

102. Jenna at the University of Michigan
103. Sarah Tahboub University of Michigan student
104. Nick Francis, BAMus Bienen '25
105. Clayton Shuttleworth (Anthropology doctoral student)
106. Sign
107. Anonymous Student, The Graduate School '26
108. Cherish D., UMich Alumna
109. Shannon Driscoll
110. Miguel Chavez, Department of Sociology, Northwestern University
111. M. Raheel
112. Bhadra C
113. Khadija Ahmed, Medill alumna
114. Lina
115. Lina Azeim
116. Yousuf Ahmad - Kellogg MBA Candidate
117. Iolanthe Brooks, PhD Candidate, Dept. Of Sociology
118. Madison McDonnell
119. Mynk Richardson
120. Toph Beifong
121. Zhun Lyn Chang
122. Jahan
123. R.N
124. Layth A
125. Sara Mostafa
126. M.L.A
127. Hoa
128. Habibah
129. Rawan Aldasooky Tufts University School of Medicine
130. Ezra Maille
131. RK Ngu
132. Samuel Aftel
133. Dawn Angelicca Barcelona
134. Vineet Gupta, PhD Candidate
135. Jd
136. Athena Pinero
137. Juno Azuz Zacher
138. Celeste Shuman
139. A.C.
140. Lee
141. Sarah, Northwestern Class of 27

142.  Daniel Cohen
143.  Alaia Snell
144.  Annie Howard, Creative Nonfiction MFA
145.  Ameera Hamadeh
146.  Kavitha Chintam, PhD, Alum
147.  Sara Mountjoy-Pepka, NU 2007 SESP
148.  Sara Mountjoy-Pepka, NU 2007 SESP and ██████████
149.  Aseel Abulhab, PhD Candidate
150.  Katie Taylor, department of sociology
151.  Judith, Alumni
152.  Stansfield Smith
153.  Joanna B.
154.  Laura Sabransky, Half-Jewish daughter of proud NU alumna
155.  Julia McEvoy
156.  Lilly Lerner
157.  Robin Brown
158.  Russ Shurbet
159.  Zosia Johnson
160.  Grey Miller - Evanston Township High School Alum - New York University Alum
161.  Jake V
162.  evanston community member
163.  Father T
164.  Alethea Deyhle
165.  Rev. Allison Farnum, NU Class of 2000
166.  Betsy Wilson, ████████ and Business Owner
167.  Nathan Jacobson, ██████████
168.  Zakariah-Hany Massoud
169.  Orion Sledge-Ricks
170.  Newland F Smith, 3rd Librarian Emeritus, Seabury Western Theological Seminary
171.  Avery Smith
172.  Michelle Ludwig
173.  Lily Kim
174.  Maggie Allan- PhD student, English
175.  Corey Winchester (PhD Candidate in Learning Sciences)
176.  Erin Bosack Garcia, ██████████ former NU student
177.  Francesca C Morgan, ████████

178. Jeannie Tomoda Harrell
179. Emma Kennedy
180. Emily Louise Corbett, M.A.T., 1979
181. Matthew Screech
182. Carolina Pavon
183. T Durst
184. Carol Muskin, PhD, SESP Alumni
185. James Gibbs, former Northwestern University, adjunct faculty
186. Sophia Heath
187. EKB - ██████
188. Anisa Mian
189. Rama Darayyad
190. Timothea Papas, Alumna, College of Arts & Sciences, NU 1967
191. Haley McAllister, Chemistry PhD Candidate
192. Seryeong Lee
193. Emma-Rose Newmeyer
194. Michelle Sheen, Medill '26
195. Jack Moeser
196. Madeleine Vessely, DGP
197. Jori Mills
198. Stephanie Mou
199. Alex Briegel
200. Joe C. Minton
201. Franklin Bell, ████████
202. F. Lillian - Longtime member of the Evanston community
203. logan phillips
204. Grace Parmer, NU SPS Student
205. Ronnie Malley
206. Lynn Pollack
207. sumara baig
208. RJM
209. Alethea Grace Deyhle
210. Thomas White, concerned citizen for transparency and truthfulness.
211. Minku Sharma, community member
212. rosie thale

213. Roy Zhu
214. Grayson Breen LCSW
215. Annette Braden-Rozier
216. Evan Callan, MA, MA
217. Sarah, former NU employee
218. Jake
219. Newland Smith, Librarian Emeritus, Seabury-Western Theological Seminary
220. Jack Moeser, MM student/graduate assistant at Bienen

*The reason why some of these signatures are anonymised or semi-anonymised is precisely dependent on the climate of censorship and vulnerability that the letter is denouncing, where many marginalised and international workers and students do not feel safe signing with their full name.*

Docusign Envelope ID: 301DCBDE-861B-44AE-A465-71A131ABBDE3