Docusign Envelope ID: 49DD4E46-1F08-46E5-8B21-29D3145E6858

Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

---

Northwestern Graduate Workers for Palestine
(GW4P) et al.,

              Plaintiffs,            Case No. 1:25-cv-12614

     v.

Northwestern University,

              Defendant.

---

<u>Declaration of Laura Gabriela Jaliff</u>

I, Laura Jaliff, hereby state the following facts, all of which are based on my personal experience and knowledge to the best of my memory, and to which I would testify if called upon:

1. I am a doctoral student and Research Assistant in Northwestern University's Civil and Environmental Engineering Program and a member of Grad Workers for Palestine. Attached as Exhibit A is a true and correct copy of a letter appointing me to the Research Assistant position for this academic quarter. I am Hispanic and of Syrian descent.

2. I am also one of the two McCormick School of Engineering Division Chief Stewards of the union of Northwestern University Graduate Workers ("NUGW").

3. I declined to complete the Building a Community of Respect and Breaking Down Bias training course ("the training course"). The training course is mandatory for all Northwestern

students.[1] Northwestern encourages students to report violations of discrimination and harassment on campus.[2]

4. I was one of the signatories to an open letter to Northwestern's administration. A true and accurate copy of that letter is attached hereto as Exhibit B.

5. I objected to the training course because the information it presents is a grotesque misrepresentation, both by omission and direct misinformation, of the history of the region and the people who live and have lived there for centuries. It is mandatory workplace political indoctrination that does not serve to make our community safer but only misinforms and instills a fear of reprisal for speech that criticizes the violent colonial ideology on which Israel was founded and which continues to drive many of its actions. The training asks me to agree to be subjected to a Code of Conduct that characterized as "antisemitic" legitimate political speech of the type I have engaged in and plan to continue engaging in.

6. As a result of my declining to complete the training course, the University placed a hold on my registration. Attached as Exhibit C is a true and correct copy of one of the notices Northwestern's administration sent informing me of the hold. I did not register for the Fall quarter before the University placed the hold on my registration. The University has informed me that if I remain unregistered by October 20, 2025, it will terminate my student affiliation with Northwestern. Northwestern has also informed me that if I am not registered, I may not "access campus facilities." Ex. C.

---

[1] See Northwestern University, Leadership Notes, *Progress Report On Northwestern University Efforts to Combat Antisemitism*, August 5, 2025, available at https://www.northwestern.edu/leadership-notes/statements/2025/progress-report-on-northwestern-university-efforts-to-combat-antisemitism.html
[2] See Northwestern University, Office of Civil Rights and Title IX Compliance, *Reporting Guidelines and Expectations*, available at https://www.northwestern.edu/civil-rights-office/policies-procedures/reporting-guidelines-expectations.html

Docusign Envelope ID: 49DD4E46-1F08-46EE-8B24-29D3145E6858

7. In my capacity as a Research Assistant, I am conducting ongoing microbial experiments which require regular in-person attention. If I am blocked from access to campus facilities starting on October 20, those experiments will be ruined.

8. Over the five years that I have been doing research at Northwestern, I have built the infrastructure to equip my lab specifically for the set of experiments required for my work. I cannot transfer this work to another university due to the specificity of the equipment and tools needed to perform my research. It would take me another few years to properly equip another non-specialized lab to do the work I am currently doing.

9. Apart from my declining to complete the training course and the accompanying attestations, I am aware of no other reason that my student or employment status is in jeopardy.

10. I never completed Northwestern's mandatory Sexual Assault Prevention for Graduate Students training course this year. I was asked to complete it by April 7, 2025, and Northwestern neither threatened nor took action against my student status as a result. Attached as Exhibit D is a true and correct copy of a notice I received from Northwestern's administration informing me that my participation in the training was past due.

11. I was part of a group of students that initiated a dialogue with the administration about our moral, political, and in some cases identity-based objections to completing the training course.

12. A graduate student colleague of mine requested a meeting with the Provost on July 16, 2025.

13. On July 30, 2025, the Provost informed my colleague that it was not appropriate to meet because our union had filed a grievance about the training.

14. On August 6, 2025, Graduate School Dean Kelly E. Mayo dismissed the NUGW grievance and declined to even discuss the issue on the grounds that the holds on registration affect individuals in their role as students, not as workers.

Docusign Envelope ID: 49DD4E46-1F08-46E5-8B21-29D3145E6858

15. On August 20, 2025, the Provost met with NUGW to discuss consequences of training non-compliance for NUGW workers. I attended this meeting in my capacity as an Engineering Division Chief Steward. As union officials we were limited to discussing the consequences of the training for our members, as we were there as union representatives and not as signatories of the open letter.

16. In mid-September of 2025, Provost Haggerty met with NUGW representatives again. We requested responses to the unanswered questions from the previous meeting regarding consequences for members who did not complete the training. We were eventually informed that graduate students who do not complete the training will be un-enrolled. Union officials proposed other options for avoidance of drastic consequences such as loss of affiliation and consequent visa cancelation. For example, we asked that students be given the option to be conscientious objectors. We also proposed giving students the same discrimination training that is given to faculty, as that training is not as harmful. Finally, we suggested that the University insert in the online module the option for students to state "I acknowledge that I viewed this video, but I object to its contents" or "I have viewed this video under duress," or other comparable language.

17. The University never responded to these proposals, despite several subsequent reminders.

18. I have in the past, and would like to continue in the future, to engage in advocacy on campus promoting justice and equality for Palestinians and freely associate with Palestinians students who are also doing so. However, such advocacy would be considered "antisemitic" under the JUF antisemitism video and the IHRA definition. I would like to be able to engage in the following types of argument or advocacy on campus:

    a.   Advocating for the self-determination and liberation of Palestinians in Palestine;

b.  Rejecting the idea that Jews who do not live in Israel/Palestine and whose recent ancestors did not live there have a right to self-determination in Israel/Palestine by method of forced displacement and ethnic cleansing of Palestinians under the premise that Jewish safety can only be achieved by the establishment of a Jewish majority state;

c.  Advocating for establishing Jerusalem as the capitol of Palestine;

d.  Advocating for cutting ties between Northwestern and Israeli institutions or corporations which conduct research that contributes to technological advances that support the network of Israeli settlements in the West Bank, deepen resource apartheid between Palestinians and Israelis, and enable the mass killing and displacement of Palestinians throughout Palestine;

e.  Drawing analogies between all historical genocides and the genocide in Gaza;

f.  Critiquing political Zionism;

g.  Critiquing the JUF video's definition of antizionism as effectively defamatory of people who critique the notion that Jewish people have a unilateral "right to self-determination," which is not defined by the JUF video in the practical terms of the violent colonial methodologies of Zionist self-determination.

h.  Attributing the October 7 attack on Israel to factors other than what is stated in the JUF video, a "continuation of the same ideology" as that which caused the Holocaust, namely attributing it to the decades of continuous violent subjugation of Palestinian society by Israel and protracted campaigns to destabilize and delegitimize robust and representative Palestinian government structures capable of advocacy, negotiation, and defense on behalf of Palestinians;

i.  Opposing colonialism; and

j.  Opposing discriminatory and exclusionary state structures that privilege Jews over non-Jews in Israel/Palestine.


<u>VERIFICATION</u>

I, Laura Jaliff, the undersigned, verify that I have read the foregoing document, Declaration of Laura Jaliff, and solemnly affirm under the penalty of perjury that this declaration is true and correct to the best of my knowledge and belief.


Signed by:

**Laura Gabriela Jaliff**

EFDFD8AAF4A64EB...

Laura Jaliff

10/16/2025 | 12:19 AM PDT

Date

Docusign Envelope ID: 49DD4E46-1F08-46EE-9B21-30D3145E8858

# Exhibit A

# Northwestern

August 7, 2025

Laura Jaliff (3257572)



Degree Program: Civil and Environmental Engineering: PhD

Dear Laura,

Congratulations on your appointment at Northwestern University. Below you will find detailed information on your appointment. This position is covered by the Collective Bargaining Agreement between Northwestern University and United Electrical, Radio and Machine Workers of America (NUGW-UE).

| | |
|---|---|
| Appointment Title: | Research Assistant |
| Pay Classification: | Research Assistant |
| Appointment Start Date: | September 1, 2025 |
| Appointment End Date: | November 30, 2025 |
| Appointing Unit: | Civil and Environmental Engineering |
| | |
| Supervisor Name: | George Wells |
| Supervisor Email: | george.wells@northwestern.edu |

Responsibilities and Duties: Attend group and/or individual lab meetings; Complete relevant lab work as assigned; Collect and analyze data; Conduct research and/or assist with creative activity; Maintain lab, equipment, computers, and/or supplies; Write & edit papers and presentations; Present research; Travel/attend workshops, conferences, meetings etc; Assist with grant writing and prepare reports; Supervise and/or train students; Prepare purchase orders for equipment, supplies, or services; Carry out duties as a laboratory safety designate, laboratory manager, or other similar roles; Complete assigned technical, safety, research conduct, or other trainings. This is a 20 hour a week appointment. Perform other tasks as assigned.

| | |
|---|---|
| Work Location: | Evanston Campus |
| Tax Classification: | Payroll taxes automatically withheld |

Additional information on taxes can be found here.

| | |
|---|---|
| Compensation: | $3863 per month |
| Monthly/Biweekly: | monthly |
| Payment Schedule: | Sep, Oct, Nov |

Graduate student workers paid monthly will be paid on the last business day of the months noted above. Quarters are generally paid in three installments and may not line up with the service dates. Graduate student workers should ensure that all necessary paperwork is in with the hiring unit to ensure on-time payment. In the event you meet all requirements for graduation, your appointment will be terminated in the same month.

| | |
|---|---|
| Payment Contact: | Mounir Affoun: mounir.affoun@northwestern.edu |
| Home Dept Contact: | Charles Martell: charles.martell1@northwestern.edu |

Graduate student workers should reach out to their home department as a first contact if there are issues with their appointment or pay. Please include a copy of this letter when reaching out to assist program admins with following up.

Graduate students working in a bargaining unit position covered by the collective bargaining agreement between the University and NUGW-UE may authorize NUGW-UE to access certain information regarding their employment that is otherwise protected under the Family Educational Rights and Privacy Act (FERPA). If you wish to provide NUGW-UE with access to such information and waive your FERPA protections, you may complete and submit the form "Consent for Release of Education Records for NUGW-UE Representation" found on the Privacy Policy (FERPA) website under Registrar forms related to FERPA through the Office of the Registrar.

| | |
|---|---|
| Other information: | This appointment may require the performance of duties outside of the University's regular work hours, including but not limited to weekends and evening hours, as needed. |

Docusign Envelope ID: 49DD4E46-1E08-465E-8B21-20D3145E6858

# Exhibit B

wHERE'S A LINK TO SIGN OUR LETTER - JOIN US IN OUR PRINCIPLED STANCE! :
https://docs.google.com/forms/d/1sr3AvbhMOnBRIzsZYWaiEHGnvRsd8pPVnJ3wEDfafOA/ed
it

Dear Administrators,

We are concerned students and graduate workers writing to you, the administration of
Northwestern University, regarding the training module titled "Building a Community of Respect
and Breaking Down Bias." Specifically, we write to you with serious concerns about the material
presented within the "Antisemitism Here/Now" video, the "Anti-Muslim, Anti-Arab and
Anti-Palestinian Biases" video, and the changes to the Student Code of Conduct. We also write
with urgency concerning the registration holds that were placed on community members'
Northwestern accounts, which result in wage freezes and place students and workers (especially
international members) at immediate legal and financial peril.

As a group of students and graduate workers who stand united against racist, anti-semitic,
anti-Arab, anti-Muslim, and Anti-Palestinian discrimination, we cannot abide by these trainings
which reinforce, rather than reduce, the proliferation of discriminatory bias in our communities.
Furthermore, the severe consequences imposed for disagreement with this morally and
intellectually objectionable content presents an extremely dangerous and unethical threat to the
academic freedom of our scholarly community that may itself give rise to illegal discrimination.
We, as well as a number of faculty members, have attempted on many occasions to bring our
good-faith concerns to your attention, yet regretfully, we have seen no changes to the policy.

Here are our objections:

There is an inherently discriminatory asymmetry between the "Antisemitism Here/Now" and the
"Anti-Muslim, Anti-Arab and Anti-Palestinian Biases" videos, which give unequal attention to
the histories of Israel and Palestine, and to the losses of life among Israelis and Palestinians. The
former grounds itself in narrative about the foundation of Israel as a Nation-State and the right of
self-determination of the Jewish people, while the "Anti-Muslim, Anti-Arab and Anti-Palestinian
Biases" video does not discuss the history of Palestinians in Palestine, nor does it address (or
posit as a given) the legitimacy of any claim to the right to self-determination of the Palestinian
people there. Additionally, the former video describes the loss of life and violence of October
7th, 2023, while the latter video does not mention the ongoing genocide in Gaza,[1] the large scale

---

[1] Please refer to the recent report of the UN special rapporteur on the Occupied Palestinian Territories,
from the 59th session of the Human Rights Council:
https://www.un.org/unispal/document/a-hrc-59-23-from-economy-of-occupation-to-economy-of-genocide
-report-special-rapporteur-francesca-albanese-palestine-2025/

starvation of the population or the ongoing destruction of all life-sustaining infrastructure;[2] nor does it mention the torture of Palestinian prisoners in Israeli detention, the military occupation of the West Bank, the establishment of illegal settlements, the repeated military invasion and destruction of refugee camps and the ongoing ethnic cleansing in the region; nor the Israeli attacks on Lebanon, Syria, Iran, and other neighboring countries.

Moreover, the "Antisemitism Here/Now" video provides inaccurate historical information that erases the pain, suffering, and existence of the Palestinian people. The video states that Israel was founded in 1948 "on British land" and omits any mention of the preexistence and consequent displacement of the indigenous Palestinian communities. The video normalizes language of illegal occupation by presenting a "contemporary" map of Israel that 1. Includes the Golan Heights, an illegally occupied part of Syria; 2. Employs the settler terms "Judea" and "Samaria" as geographical descriptors erasing Palestinian territory, as opposed to the terms "West Bank" or "Occupied Palestinian Territories," recognized by the UN and by the international community; 3. Fails to label "Palestine" anywhere on the map, *de facto* erasing its existence; and 4. Fails to portray the network of military check-points, apartheid walls and roads, settlements, and forced fragmentation that facilitate the Israeli government's ongoing campaign to annex the West Bank and displace the Palestinians living there. In the same breath, the video alludes to the imagery of "Greater Israel" by asserting that the "original Jewish homeland" included parts of Lebanon, Syria, Egypt and Jordan. This language and imagery simultaneously 1. Normalizes the language that is routinely mobilized to justify the illegal expansion in the West Bank and in the larger ongoing colonial and genocidal project that Israel is carrying out in the region and 2. Reproduces and disseminates misinformation that is systematically promulgated by the Israeli government to maintain the tacit compliance of global onlookers.

---

[2] See the UN Gaza strip interim damage assessment, which estimates that over a million people in Gaza are without homes and 75% of the population is displaced. And that more than half the population is on the brink of famine and the entire population is experiencing acute food insecurity and malnutrition: https://thedocs.worldbank.org/en/doc/14e309cd34e04e40b90eb19afa7b5d15-0280012024/original/Gaza-Interim-Damage-Assessment-032924-Final.pdf
And, regarding the ongoing efforts to dismantle civlian infrastructure, see this recent analysis by American-Israeli genocide scholar Omer Bartov:
https://www.theguardian.com/commentisfree/2025/jul/09/bulldzoer-gaza-genocide-idf-meta

Docusign Envelope ID: 49DD4E46-1E08-465E-8B21-20D3145E6858



**Image 1:** Map as shown in NU's training.

The "Antisemitism Here/Now" video is unscholarly in numerous ways: it does not cite sources, it makes broad generalizations unsupported by evidence, and it was not produced with the input of the Northwestern community (of our scholars and students), whilst claiming to speak on behalf of "the vast majority" of Jews (a dubious factual claim with no statistics cited). Instead, this video was made by an outside organization, the Jewish United Fund, whose partiality and alignment with Israeli State policy is unquestioned.

The video is itself harmful to the Jewish community, in that it homogenizes Jewish voices, vilifies and ostracizes anti-Zionist Jews (including many in our campus community) and requires students to adopt the position that there is no room for anti-zionism among Jews. These premises threaten to make the campus an even less welcoming space for Jewish students, who will not be able to express their own closely-held views on Israel or Palestine if they are contrary to Zionism as expressed in the training.

We are concerned that the video prevents Palestinian students from expressing their national identity, national aspirations and advocating for Palestinian self-determination, since the video prohibits any critique of a state structure which privileges Jews over non-Jews. We are also concerned that the cynical use of an anti-discrimination training to prohibit any dissent against the actions of a right-wing government will degrade the credibility and integrity of the very anti-discrimination protections the training claims to be promoting.

Moreover, although it claims that criticism of Israeli state policies is allowed, the video extends the definition of anti-semitism to instances where imagery and language is directed at the violence perpetrated by the State of Israel (for example, the Israeli National flag marked with bloody handprints – a common symbol of state violence). Thus, while political criticism is said to be permitted in theory, this appears not at all to be the case in practice.

Docusign Envelope ID: 49DD4E46-1E08-465E-8B21-20D3145E6858

Finally, this video vilifies and slanders the movement for the rights of the Palestinian people, including the Jewish voices who object to the policies of the State of Israel which privilege Jews over non-Jews, and to the ongoing apartheid, occupation and genocide in Gaza and in the West Bank.[3] We object to the way in which (1) the video vilifies and slanders legitimate critiques of Zionism (including its harmful conflation with Judaism and its selective support of the liberation of people of color) by grouping them indiscriminately with unattributed and deeply offensive quotes about Hitler and concentration camps as well as quotes by neo-Nazi David Duke, Grand Wizard of the Ku Klux Klan. (2) Without any scholarly basis the video characterizes the unattributed antisemitic quotes as representative of the larger Palestinian rights movement when, upon investigation, they appear to be derived from obscure decade-old social media posts made by high schoolers who clearly have no leadership role in the movement, nor do they represent in any way the claims and demands of the movement.



**Image 3:** As these quotes appear on the screen, the voice-over states: "I want you to consider these quotations. Four of them were said by anti-Israel activists and brushed off as reasonable political commentary. And four of them were said by David Duke, former Imperial Wizard of the Ku Klux Klan. Can you tell the difference? The statements in orange were said by anti-Israel activists. The statements in purple were said by David Duke. The fact that you can't tell the difference is terrifying. The thing is, to most Jewish people, they feel the same because they are

---

[3] See the UN report:
https://www.un.org/unispal/document/a-hrc-59-23-from-economy-of-occupation-to-economy-of-genocide-report-special-rapporteur-francesca-albanese-palestine-2025/
And the OHCHR report:
https://www.ohchr.org/en/press-releases/2025/05/end-unfolding-genocide-or-watch-it-end-life-gaza-un-experts-say-states-face

the same." This training blatantly equates anti-zionist statements with David Duke's and fails to provide evidence supporting the attribution of the quotes in orange to activists.

For these many reasons, we believe the training to be biased, unscholarly, discriminatory, and harmful to the Northwestern community overall. As a consequence, we cannot, in good conscience, take this training and accept that this content be imposed on our entire community, as well as on generations of students to come.

Finally, we are concerned by the changes to the Student Code of Conduct implemented in response to the student- and worker-led anti-genocide encampments in April 2024. These changes, described in the Display and Demonstration policies, prohibit protest activity between midnight and 6 am and effectively forbid the public posting of anonymous written critiques of Northwestern from unapproved student organizations on campus. These policies were enacted in order to silence critics of Israeli government policy, and they have been inequitably enforced against those critics. We are concerned about the ways in which these policies affect academic freedom and political expression on our campus, and we worry that they curtail students' civic freedoms and hinder the critical role of universities in public culture altogether.

Furthermore, we are concerned about being forced to affirmatively consent to regulations we believe to be morally and legally objectionable and aimed at suppressing student speech about Israel/Palestine. We wish that our institution did not extract our consent under duress, but instead invited us to an open conversation about how to protect the fundamental meaning and moral calling of the University, and the role of academia in society, more generally.

For all these reasons, we request:

1. That the administration commits not to prevent students from enrolling nor to expel students as punishment for their principled stance against this denialist, unscholarly, discriminatory and morally harmful training.

2. To meet with a representative of the administration to discuss and remove the offensive and harmful contents of the video titled "Antisemitism: Here and Now," and to discuss the other above-mentioned aspects of the "Building a Community of Respect and Breaking Down Bias" training.

3. That the administration commits in good faith to address our concerns about the changes to the Student Code of Conduct, and that they allow people who did not take the "Building a Community of Respect and Breaking Down Bias" training, and who did not sign the regulations, to register for the Fall quarter (so by the October 20 deadline).

4. That Northwestern administrators commit to STOP IMMEDIATELY the dissemination of the mandatory training in its current form for all current and incoming students.

Signed,

## Current students and grad workers signatories & alumni, staff, faculty, parents, wider community signing in solidarity

1. Micol Bez, Philosophy and Comparative Literary Studies, DCS of NUGW UE Local 1122
2. Evgeny Stolyarov, Biological Sciences
3. Eden Melles, Political Science, Ph.D. candidate
4. Marwa Tahboub, Ph.D. Candidate
5. Kristian Rodriguez
6. Laura Jaliff - Environmental Engineering PhD Candidate, Northwestern University
7. Jessica Winegar
8. Rebecca Zorach, Professor of Art History
9. Corey Byrnes, Associate Professor, Comparative Literary Studies and Asian Languages and Cultures
10. Stephanie Knezz, WCAS
11. Casandra Moisanu
12. Holly Simon (Jewish undergrad student, JVP)
13. Daisy Hernandez, Associate Professor, English Department
14. Mal graduate researcher
15. Aviva Waldman
16. Grace Clifford
17. M. Martinez
18. Emerson Steady, SoC '26
19. Lucy Madsen
20. Srish Chatterjee
21. Olivia Bennett WCAS

22. Michael Peshkin, McCormick
23. Aiden Kocian
24. Nickolas Fisher
25. Julien Gray
26. Summer Pappachen
27. Peter Cummings Chief Steward, NUGW UE Local 1122
28. Reem Ibrahim, Ph.D. Candidate
29. Genevieve Nemeth
30. Katherine Wynn
31. Elia Silbey
32. PhD Student, Anthropology Department
33. Abhi Ramakrishnan, Driskill Graduate Program, Ph.D. candidate
34. Anusha Kumar, SESP '26
35. Julian Grey, Bienen MM 2016
36. Gabriel Silvano, citizen of the Chicago suburban area, UIC Alum '23
37. Joshua Fleckner
38. Victoria C. Chávez, PhD Candidate CS+LS
39. Jade Basinski, NU alum
40. Ereny Tanious
41. Lauren Johnson
42. Alexis Papak
43. Abhi Nimmagadda, WCAS Alumnus
44. Michael Angland
45. Mahnoor Shafi
46. Weinberg co28 student
47. Richard Zhang, School of Communication
48. SabriAnan Micha
49. PhD Scholar, Anthropology at Northwestern University
50. Jessica Williams
51. Lauren Baker, PhD (NU alumna)
52. Anonymous Student, Class of '26
53. Logan Fiol
54. Yasmeen Khayr
55. Ayesha Mohammed, WCAS '26
56. Tara Chen
57. Gabriel Silvano, UIC Alum, Citizen of Chicago suburban area
58. Vy P
59. Thaer AlKiswani
60. Vivian Tompkins, Ph.D. candidate
61. Rohina Mustafa

62. Ziyad Sultan
63. Josh Honn, Librarian Faculty, University Libraries
64. Matt Rosenzweig
65. Khansa Noor
66. Sofia, Northwestern Class of 2027
67. anonymous signature
68. D.B., NU Staff
69. Sarah Lee, Learning Sciences
70. Aasima Tan
71. Aishwarya Venkatachalam
72. Chloe Chow (Alum)
73. MEAS Senior
74. Callum Goetz
75. Isabelle Butera, class of 2025
76. Salma Mostafa
77. Matthew C. Miller, Graduate worker
78. Josephine C.
79. Sivakami Ramakrishnan
80. Kai Chase
81. Elizabeth Shakman Hurd, WCAS Religious Studies and Politics
82. Aanika Sawhney, as a Journalist concerned about accuracy and precision of language
83. Hafsa Khaleel
84. Rosalyn Beach
85. Devin Kaveler, Ph.D. student
86. Mya Stuckey
87. Ishika Arora - alumnus
88. Wagme ravindran
89. Bryce Snider
90. Mintesinot Sturm
91. Isabel Papp
92. Random
93. Medill student
94. Emerson Murray, Political Science
95. Trois Ono
96. Annika pinch
97. Huda K
98. William Paik (PhD student in Rhetoric Media and Publics)
99. Nora
100. PhD Grad Student, Performance Studies at Northwestern
101. Anonymous

102. Jenna at the University of Michigan
103. Sarah Tahboub University of Michigan student
104. Nick Francis, BAMus Bienen '25
105. Clayton Shuttleworth (Anthropology doctoral student)
106. Sign
107. Anonymous Student, The Graduate School '26
108. Cherish D., UMich Alumna
109. Shannon Driscoll
110. Miguel Chavez, Department of Sociology, Northwestern University
111. M. Raheel
112. Bhadra C
113. Khadija Ahmed, Medill alumna
114. Lina
115. Lina Azeim
116. Yousuf Ahmad - Kellogg MBA Candidate
117. Iolanthe Brooks, PhD Candidate, Dept. Of Sociology
118. Madison McDonnell
119. Mynk Richardson
120. Toph Beifong
121. Zhun Lyn Chang
122. Jahan
123. R.N
124. Layth A
125. Sara Mostafa
126. M.L.A
127. Hoa
128. Habibah
129. Rawan Aldasooky Tufts University School of Medicine
130. Ezra Maille
131. RK Ngu
132. Samuel Aftel
133. Dawn Angelicca Barcelona
134. Vineet Gupta, PhD Candidate
135. Jd
136. Athena Pinero
137. Juno Azuz Zacher
138. Celeste Shuman
139. A.C.
140. Lee
141. Sarah, Northwestern Class of 27

142. Daniel Cohen
143. Alaia Snell
144. Annie Howard, Creative Nonfiction MFA
145. Ameera Hamadeh
146. Kavitha Chintam, PhD, Alum
147. Sara Mountjoy-Pepka, NU 2007 SESP
148. Sara Mountjoy-Pepka, NU 2007 SESP and current Evanston resident
149. Aseel Abulhab, PhD Candidate
150. Katie Taylor, department of sociology
151. Judith, Alumni
152. Stansfield Smith
153. Joanna B.
154. Laura Sabransky, Half-Jewish daughter of proud NU alumna
155. Julia McEvoy
156. Lilly Lerner
157. Robin Brown
158. Russ Shurbet
159. Zosia Johnson
160. Grey Miller - Evanston Township High School Alum - New York University Alum
161. Jake V
162. evanston community member
163. Father T
164. Alethea Deyhle
165. Rev. Allison Farnum, NU Class of 2000
166. Betsy Wilson, Evanston Resident and Business Owner
167. Nathan Jacobson, Evanston Resident
168. Zakariah-Hany Massoud
169. Orion Sledge-Ricks
170. Newland F Smith, 3rd Librarian Emeritus, Seabury Western Theological Seminary
171. Avery Smith
172. Michelle Ludwig
173. Lily Kim
174. Maggie Allan- PhD student, English
175. Corey Winchester (PhD Candidate in Learning Sciences)
176. Erin Bosack Garcia, Evanston resident and former NU student
177. Francesca C Morgan, Evanston resident

178. Jeannie Tomoda Harrell
179. Emma Kennedy
180. Emily Louise Corbett, M.A.T., 1979
181. Matthew Screech
182. Carolina Pavon
183. T Durst
184. Carol Muskin, PhD, SESP Alumni
185. James Gibbs, former Northwestern University, adjunct faculty
186. Sophia Heath
187. EKB - Evanston, IL
188. Anisa Mian
189. Rama Darayyad
190. Timothea Papas, Alumna, College of Arts & Sciences, NU 1967
191. Haley McAllister, Chemistry PhD Candidate
192. Seryeong Lee
193. Emma-Rose Newmeyer
194. Michelle Sheen, Medill '26
195. Jack Moeser
196. Madeleine Vessely, DGP
197. Jori Mills
198. Stephanie Mou
199. Alex Briegel
200. Joe C. Minton
201. Franklin Bell, Evanston resident
202. F. Lillian - Longtime member of the Evanston community
203. logan phillips
204. Grace Parmer, NU SPS Student
205. Ronnie Malley
206. Lynn Pollack
207. sumara baig
208. RJM
209. Alethea Grace Deyhle
210. Thomas White, concerned citizen for transparency and truthfulness.
211. Minku Sharma, community member
212. rosie thale

213. Roy Zhu
214. Grayson Breen LCSW
215. Annette Braden-Rozier
216. Evan Callan, MA, MA
217. Sarah, former NU employee
218. Jake
219. Newland Smith, Librarian Emeritus, Seabury-Western Theological Seminary
220. Jack Moeser, MM student/graduate assistant at Bienen

*The reason why some of these signatures are anonymised or semi-anonymised is precisely dependent on the climate of censorship and vulnerability that the letter is denouncing, where many marginalised and international workers and students do not feel safe signing with their full name.*

Docusign Envelope ID: 49DD4E46-1E08-465E-8B21-20D3145E6859

Docusign Envelope ID: 49DD4E46-1E08-465E-9B21-20D3145E6858

# Exhibit C

 **Laura Jaliff <laurajaliff2025@u.northwestern.edu>**

---

**Next steps regarding your registration hold**

---

**Northwestern University** <administration@northwestern.edu>          Tue, Sep 16 at 6:07 PM
Reply-To: <administration@northwestern.edu>
To: <LauraJaliff2025@u.northwestern.edu>

You are receiving this message because you have not yet completed the "Building a Community of Respect and Breaking Down Bias" training course issued in February.

**Please read the following information carefully and thoroughly. Failure to complete the training and attestations will prevent you from continuing your coursework and completing your degree.**

As we have previously communicated, not completing the training has resulted in a registration hold that prevents any changes or additions to your class schedule. As we begin the Fall term, we want you to have as much information as possible to help you decide how you will proceed. This message aims to clarify the requirement and explain the potential impacts if you choose not to complete it.

## Clarifying the Requirements

The full training course consists of seven main sections as described below. You are required to **complete all seven sections of the training**, but you are required to **attest only to**

**the content of two sections**.

1. No attestation required: Introduction to Northwestern's Guiding Principles.
2. **Attestation required:** University Discrimination, Harassment, and Religious Accommodations Policies. The required attestation reads, "I acknowledge that I have reviewed and agree to abide by the University's **Policy on Discrimination, Harassment, and Sexual Misconduct**."
3. **Attestation required:** Overview of Student Code of Conduct Changes. The required attestation reads, "I acknowledge that I have reviewed and agree to abide by the **Student Code of Conduct**, which includes the University's policies on **Demonstration** and **Display**."
4. No attestation required: Antisemitism: Here/Now video.
5. No attestation required: Religious and Spiritual Support at NU video.
6. No attestation required: Beyond the Headlines: Anti-Muslim, Anti-Arab, and Anti-Palestinian Biases.
7. No attestation required: Conclusion.

As students complete the requirements, University staff are removing these holds each morning during the first week of the quarter to quickly facilitate registration.

**Impacts for Students Pre-Registered for Fall**

Students should attend only classes for which they are registered. You will not be able to change your course registration with this hold in place, so you should attend the classes you are registered for.

If you are not registered for a full-time course load (at least 3.0 units on the quarter system) and rely on funding from Northwestern or other entities, including federal, state, or Northwestern financial aid, are a student-athlete, live in campus housing, or are studying on an F-1 or J-1 visa, please contact the

appropriate support office immediately for advice.

If your hold is still in place when registration begins for Winter 2026, you will not be able to register. Once the Winter term begins, the impacts below will apply.

## Immediate Impacts for Students Not Registered

As previously stated, if you are not registered for a course, you may not attend it. Faculty are unable to add students directly to Canvas sites.

In addition, those who are not registered in a given quarter are not eligible to live in campus housing, access campus facilities, or receive financial aid, including Federal Work Study allocations. Those studying on a J-1 or F-1 visa should check with their **Office of International Student and Scholar Services** (OISS) adviser immediately about how failure to register impacts immigration status.

## Secondary Impacts for Students Not Registered

In the fifth week of every quarter, Northwestern updates the academic records of students who are not registered but are expected to be (undergraduates, doctoral students, etc.), temporarily discontinuing their academic program and thus their affiliation with Northwestern. Returning in a future term is relatively simple for most students once the hold is removed, and involves only **filing an application to return**, which is reviewed and approved by your dean's office. Some graduate programs require an application for readmission and charge a fee to return. For example, you can find **The Graduate School policy here**.

If you remain unregistered by Oct. 20 in the Fall or Feb. 2 in the Winter, your academic program will be discontinued, terminating your student affiliation with Northwestern until you complete the attestations and your application to return is approved. The Office

of the Registrar or your dean's office will email you in advance of discontinuing your academic program.

In keeping with past practice, student employees who hold jobs that require student status, including teaching and research assistantships and similar roles, will not be immediately removed from those positions after termination of student status, but they will not be eligible to be hired or for their appointment to continue beyond Fall Quarter without resolution of the hold and approval to return.

If you have been concerned about the policies you are required to attest to, we hope the clarifications above give you the information you need to make the best choice for you. If you intend to complete the required attestations, please do so now so your studies are not interrupted.

Docusign Envelope ID: 49DD4E46-1E08-465E-9B21-20D3145E6859

# Exhibit D

# Northwestern

**Laura Jaliff** ◄ ▨▨▨▨▨▨▨▨▨▨▨▨▨

---

## Vector LMS, Higher Education Student Edition Online Training
1 message

---

**Northwestern University Students** <administrator+C4F32132-988A-11ED-9C11-F37CA8686BA4@safecolleges.com>
Reply-To: Northwestern University Students <admin+C4F32132-988A-11ED-9C11-F37CA8686BA4@safecolleges.com>
To: ▨▨▨▨▨▨▨▨▨▨▨

Fri, May 2, 2025 at 10:31 AM

▨Northwestern University Students

Hi Laura Jaliff,

Northwestern University Students is using Vector LMS, Higher Education Student Edition to offer training courses online for your convenience. Follow these easy steps to complete your Northwestern University Students training requirements:

**1. Using your web browser, go to the Vector LMS, Higher Education Student Edition website for Northwestern University Students:** https://northwesternstudents-il.vectorlmsedu.com/

**2. Enter your Username:** ▨▨▨▨▨▨▨▨▨▨▨▨

Go to your training

Below is your Vector LMS, Higher Education Student Edition training plan along with your coursework status:

## Mandatory Training

| Course | Days Till Due | Due Date | Time Required | Status |
|---|---|---|---|---|
| Sexual Assault Prevention for Graduate Students (Full Course) | **PAST DUE** | Mon Apr 7th, 2025 | 70 minutes | Not Started |

Go to your training

Thanks for making Northwestern University Students a safer place to work and learn.



Docusign Envelope ID: 49DD4E46-1E08-465E-8B21-20D3145E6859

© VectorSolutions 2025