# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Marwa Tahboub, et al.
                          Plaintiff,

v.                                           Case No.: 1:25−cv−12614
                                                     Honorable Georgia N. Alexakis

Northwestern University
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 20, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: Plaintiff's motion for a temporary restraining order [7] is reset for 10/20/25 at 1:00 p.m. (Time change only).(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.