IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHWESTERN GRADUATE WORKERS FOR PALESTINE (GW4P), IFEAYIN EZIAMAKA OGBULI (INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED), AND MARWA TAHBOUB (INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED),<br><br>                Plaintiffs,<br><br>v.<br>NORTHWESTERN UNIVERSITY<br><br>                Defendant. | Case No.: 1:25-cv-12614<br><br>Honorable Georgia N. Alexakis |

**DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION IN EXCESS OF 15 PAGES TO PLAINTIFFS' APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**

Defendant Northwestern University ("Northwestern"), by and through their undersigned counsel, Monica H. Khetarpal and Jacqueline Brown of Jackson Lewis P.C., hereby move for leave to file an opposition in excess of 15 pages to Plaintiffs' Application for (1) Temporary Restraining Order and (2) Order to Show Cause Regarding Preliminary Injunction ("Motion for Leave"). In support of their Motion for Leave, Defendant states as follows:

1. On October 17, 2025, Plaintiffs, a student organization at Northwestern known as Graduate Workers for Palestine ("GW4P"), Ifeayin Eziamaka Ogbuli, and Marwa Tahboub (both of whom also purport to represent a putative class) (collectively, "Plaintiffs"), filed their Application for (1) Temporary Restraining Order and (2) Order to Show Cause Regarding Preliminary Injunction ("TRO Petition"). (Dkt. No. 7.)

1

2. Plaintiffs, amongst other related requests, seek the extraordinary and unjustified remedy of a temporary restraining order ("TRO") against Northwestern to prevent Northwestern from requiring them to take mandatory anti-discrimination training and attest that they will comply with Northwestern's anti-discrimination and code of conduct policies.

3. Plaintiffs' TRO Petition is 20 pages, and Plaintiffs filed a motion for leave to file a TRO Petition in excess of 15 pages.

4. In support of their TRO Petition, Plaintiffs filed nine declarations, one from each of the two named individual Plaintiffs and seven from other students.

5. Plaintiffs' TRO Petition overlaps allegations from the organizational Plaintiff GW4P, the two named individual Plaintiffs, the additional declarants, and the purported putative class members.

6. Underlying their TRO Petition, Plaintiffs' Complaint filed on October 16, 2025, asserts 84 allegations (not including sub-paragraphs) and five separate causes of action for violations of (1) 42 U.S.C. § 1981 (discrimination based on race), 42 U.S. § 2000d (Title VI of the Civil Rights Act of 1964), 42 U.S.C. § 1981 (retaliation), 42 U.S. § 2000d (retaliation), and the Illinois Worker Freedom of Speech Act, 820 ILCS 57. (Dkt. No. 7.)

7. Although Defendants endeavored to address all of their arguments within the prescribed page limit, given the length of Plaintiffs' TRO Petition, the factual assertions and arguments contained in Plaintiffs' TRO Petition and underlying Complaint, and other factors like the number of theories at issue, Defendant will require 23 pages to meaningfully address Plaintiffs' TRO Petition.

8. Defendant does not bring this motion for any improper purpose.

9. Defendant will suffer undue prejudice if it is not allowed to utilize additional pages to assert their arguments in response to the TRO Petition.

WHEREFORE, Defendant respectfully requests leave to file an oversized Opposition to Plaintiffs' Application for (1) Temporary Restraining Order and (2) Order to Show Cause Regarding Preliminary Injunction that is 23 pages in length and for such further relief as the Court deems just and equitable.

Dated: October 20, 2025

Respectfully submitted,

**NORTHWESTERN UNIVERSITY**

By: /s/ *Monica H. Khetarpal*
One of its Attorneys

Monica H. Khetarpal
Jacqueline M. Brown
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601
Tel.: 312.787.4949
Monica.Khetarpal@jacksonlewis.com
Jacqueline.Brown@jacksonlewis.com
Firm ID #39408

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on October 20, 2025, she caused a true and correct copy of the foregoing Defendant's Motion for Leave to File Opposition in Excess of 15 Pages to Plaintiffs' Application for (1) Temporary Restraining Order and (2) Order to Show Cause Regarding Preliminary Injunction to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

          By:    */s/ Monica H. Khetarpal*
                    One of its Attorneys