**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NORTHWESTERN GRADUATE WORKERS FOR PALESTINE (GW4P), IFEAYIN EZIAMAKA OGBULI (INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED), AND MARWA TAHBOUB (INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED), | Case No.: 1:25-cv-12614 |
| Plaintiffs, | Honorable Georgia N. Alexakis |
| v. | |
| NORTHWESTERN UNIVERSITY | |
| Defendant. | |

## NOTICE OF MOTION

To:     All Counsel Listed on CM/ECF Electronic System

**PLEASE TAKE NOTICE** that on **Thursday, October 23, 2025** at **9:30 A.M.,** counsel for Defendant Northwestern University will appear before the **Honorable Judge Georgia N. Alexakis** in **Courtroom 1719**, at the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the ***Defendant's Motion for Leave to File Opposition in Excess of 15 Pages to Plaintiffs' Application for (1) Temporary Restraining Order and (2) Order to Show Cause Regarding Preliminary Injunction***, a copy of which was filed and electronically served upon you.

Dated: October 20, 2025

Respectfully submitted,

**NORTHWESTERN UNIVERSITY**

By:     */s/ Monica H. Khetarpal*
         One of its Attorneys

Monica H. Khetarpal
Jacqueline M. Brown
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601
Tel.: 312.787.4949
Monica.Khetarpal@jacksonlewis.com
Jacqueline.Brown@jacksonlewis.com
Firm ID #39408

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on October 20, 2025, she caused a true and correct copy of the foregoing Notice of Motion to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By:    */s/ Monica H. Khetarpal*
             One of its Attorneys