# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Northwestern Graduate Workers for Palestine (GW4P), Ifeayin Eziamaka Ogbuli (individually and on behalf of others similarly situated), and Marwa Tahboub (individually and on behalf of others similarly situated)
    Plaintiffs,
v.

Northwestern University,
    Defendant.

Case Number: 1:25-cv-12614

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Northwestern University

Attorney name (type or print): Carol R. Ashley

Firm: Jackson Lewis P.C.

Street address: 11790 Sunrise Valley Drive, Suite 400

City/State/Zip: Reston, VA 20191

Bar ID Number: 6224404
(See item 3 in instructions)

Telephone Number: (703) 483-8376

Email Address: carol.ashley@jacksonlewis.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you a
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 20, 2025

Attorney signature: S/ *Carol R. Ashley*
    (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023