**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Marwa Tahboub, et al.
                              Plaintiff,

v.                                             Case No.: 1:25−cv−12614
                                                      Honorable Georgia N. Alexakis

Northwestern University
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 20, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: Motion hearing held on 10/20/25. For the reasons stated on the record, plaintiffs' motion for a temporary restraining order [7] is denied. Plaintiffs' motion for leave to file supporting memorandum in excess of fifteen pages [10] and Northwestern's motion for leave to file an opposition in excess of fifteen pages [18] are granted. Northwestern is directed to answer plaintiffs' complaint by 11/19/2025. The parties are directed to file a joint initial status report by 11/24/2025. Status hearing set for 12/2/2025 at 9:30 a.m.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.