IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Northwestern Graduate Workers for Palestine (GW4P) et al., | |
| Plaintiffs, | Case No.: 1:25-cv-12614 |
| v. | Judge: Hon. Georgia N. Alexakis |
| Northwestern University, | Magistrate Judge: Hon. Keri L. Holleb Hotaling |
| Defendant. | |

PLAINTIFFS' JOINT STIPULATION
OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby submit the following Joint Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and hereby stipulate to the dismissal of this action in its entirety, without prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

Plaintiffs Grad Workers for Palestine,
Ifeayin Eziamaka Ogbuli, and
Marwa Tahboub

/s/ *Rima Kapitan*
/s/ *M. Nieves Bolaños*
/s/ *Patrick Cowlin*
/s/ *Christina Abraham*

KAPITAN GOMAA LAW, P.C.
Rima Kapitan (Atty No. 6286541)
Yusra Gomaa (Atty No. 6299883)
Hannah Moser (Atty No. 6349688)
P.O. Box 46503

Chicago, IL 60646
Phone: (312) 566-9590
rima@kapitangomaa.com

HAWKS QUINDEL S.C.
M. Nieves Bolaños (Atty No. 6299128)
Patrick Cowlin (Atty No. 6308800)
Illinois Attorney No.
111 E. Wacker Drive
Suite 2300
Chicago, IL 60601
Phone: (312) 224-2423
mnbolanos@hq-law.com
pcowlin@hq-law.com

CAIR-CHICAGO
Christina Abraham (Atty No. 6298946)
17 N. State St, Ste 1500
Chicago, IL 60602
Phone: (312) 212-1520
cabraham@cair.com

Attorneys for Plaintiffs

And

Defendant Northwestern University
By: /s/ *Monica H. Khetarpal*
One of its Attorneys
Monica H. Khetarpal
Jacqueline M. Brown
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2
Chicago, IL 60601
Tel.: 312.787.4949
Monica.Khetarpal@jacksonlewis.com
Jacquline.Brown@jacksonlewis.com
Firm ID #39408