## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Marwa Tahboub, et al.
                                  Plaintiff,

v.                                            Case No.: 1:25−cv−12614
                                                        Honorable Georgia N. Alexakis

Northwestern University
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: Per the parties' stipulation of dismissal [29], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is dismissed without prejudice. The pending motion to dismiss [24] is denied as moot. Civil case terminated. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.